UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

CANDICE PLESHETTE COOPER                    CASE NO. 20-10654
320 N WEST POINT AVE                        JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27262

     DEBTOR

SSN(1) XXX-XX-9473                          DATE:  03/23/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ATLANTIC CREDIT FINANCE<br>320 E BIG BEAVER STE 300<br>TROY, MI 48083 | $0.00<br>INT: 5.25%<br>NAME ID: 182929<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC 27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0010 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC 27402 | $1,026.61<br>INT: 10.30%<br>NAME ID: 119336<br>CLAIM #: 0001 | (S) SECURED<br><br>ACCT: 9473<br>COMMENT: 221OR,920A,920A, |
| HABITAT FOR HUMANITY OF HIGH POINT<br>ARCHDALE AND TRINITY INC<br>P O BOX 6675<br>HIGH POINT, NC 27262 | $18,648.71<br>INT: 5.25%<br>NAME ID: 183497<br>CLAIM #: 0004 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 9473<br>COMMENT: DT RP,FLPY |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: 5.25%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9473<br>COMMENT: OC |
| LIBERTY MUTUAL INSURANCE<br>175 BERKELEY ST<br>BOSTON, MA 02116 | $0.00<br>INT: 5.25%<br>NAME ID: 174164<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI 48090 | $554.35<br>INT: 5.25%<br>NAME ID: 177774<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 1933<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: 5.25%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9473<br>COMMENT: OC |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10654

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC | $530.89 | (U) UNSECURED |
| P O BOX 12914 | INT: 5.25% | |
| NORFOLK, VA 23541 | NAME ID: 68146 | ACCT: 7987 |
| | CLAIM #: 0006 | COMMENT: |
| STEPHAN HUYBRECHTS | $0.00 | (U) UNSECURED |
| 101 PROSPECT ST | INT: 5.25% | NOT FILED |
| HIGH POINT, NC 27260 | NAME ID: 182931 | ACCT: |
| | CLAIM #: 0009 | COMMENT: |
| **TOTAL:** | **$20,812.56** | |
| CHRISTOPHER C AVERY ESQ | $0.00 | ATTORNEY FEE |
| LEGAL AID OF NORTH CAROLINA INC | | |
| 122 N ELM ST STE 700 | | |
| GREENSBORO, NC 27401 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

PAGE 3  -  CHAPTER 13 CASE NO. 20-10654

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/23/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice